## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

OLIVIER CLEMENT,

     Plaintiff,

v.                                                           Case No. 6:22-cv-1052-RBD-DCI

CASE-MATE, INC.,

     Defendant.

---

### <u>ORDER OF DISMISSAL</u>

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. 24.) As Defendant has not filed an answer or a motion for summary judgment, the notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977).[1]

Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is **DIRECTED** to close the file.

---

[1] The decisions of the former Fifth Circuit rendered before October 1, 1981, are binding on the Eleventh Circuit. *See Bonner v. City of Prichard*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 27, 2022.

ROY B. DALTON JR.
United States District Judge